# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

**v.**

**Manuel Romo-Clavelo**

**JUDGMENT IN A CRIMINAL CASE**

Case Number: **8:26-po-00121-CBF**

USM Number: 05070-513

Matthew E. Trainor, OFPD
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

**XX** Guilty as to Count(s) 1 of the Complaint on 11/17/2026.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE OF:** Improper Entry by Alien in violation of Title 8 U.S.C. § 1325(a)(1).

**DATE OFFENSE CONCLUDED:** November 2, 2026

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is sentenced to time served. No term of supervised release. No fine is imposed. Special assessment is ordered remitted.

11/17/2026
Date of Imposition of Sentence

11/17/2026
Date Signed

Carla B. Freedman

Hon. Carla B. Freedman
U.S. Magistrate Judge